UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR21-211 RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JEROME A. CARUTHERS, ) | |
| ) | |
| Defendant. ) | |

Offense charged:    Felon in Possession of a Firearm; Felon in Possession of Ammunition: Possession of an Unregistered Firearm

Date of Detention Hearing:    January 31, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

DETENTION ORDER
PAGE -1

1. Defendant was arrested on the instant charges in the District of Minnesota, appeared before a United States Magistrate Judge, and was detained. He was transferred to this District, where he now appears before this Court. Defendant has family in both the state of Minnesota and the state of Washington. Defendant has a lengthy criminal record in this state that includes multiple failures to appear with bench warrant activity. He lacks stable employment or housing, and does not have an appropriate release address. Defendant does not contest detention at this time.

2. Defendant poses a risk of nonappearance based on a history of nonappearance, possible substance abuse, lack of employment, and lack of stable housing. Defendant poses a risk of danger based on criminal history, including domestic violence, and the nature of the instant offense, as well as possible substance abuse.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 31th day of January, 2022.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3