JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR21-211-RSL |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING *EX PARTE* ) MOTION TO WITHDRAW AS ) COUNSEL DUE TO CONFLICT OF ) INTEREST AND TO APPOINT |
| JEROME A. CARUTHERS, | ) SUBSTITUTE CJA COUNSEL |
| Defendant. | ) |

THIS COURT has reviewed the *ex parte* motion by Assistant Federal Public Defender Gregory Geist for withdrawal and substitution of CJA counsel, and has reviewed the records and files herein.

IT IS NOW THEREFORE ORDERED that the Federal Public Defender is allowed to withdraw as counsel for Jerome Caruthers based on a conflict of interest. The CJA Administrator is directed to immediately appoint substitute counsel for Mr. Caruthers.

DONE this __7th__ day of February, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender

ORDER GRANTING *EX PARTE* MOTION TO
WITHDRAW AS COUNSEL AND APPOINT
CJA PANEL ATTORNEY - 1
(*U.S. v. Jerome Caruthers*; CR21-211-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100